452 A.2d 66

Commonwealth v. Richardson, Appellant.
Petition for Allowance of Appeal Denied March 3, 1983.

630

Submitted March 9, 1982. Paul R. Beckert, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.